UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 21-3234 & 21-3363

JASWINDER SINGH, on behalf of himself and all those similarly situated,
Appellant

v.

UBER TECHNOLOGIES, INC.


JAMES CALABRESE; GREGORY CABANILLAS; MATTHEW MECHANIC,
individually and on behalf of all others similarly situated,
Appellants

v.

UBER TECHNOLOGIES, INC.; RAISER, LLC

(D.N.J. Nos. 3-16-cv-03044 and 3-19-cv-18371)


Present:  JORDAN, SCIRICA, and RENDELL, Circuit Judges


**ORDER**

The opinion filed on April 26, 2023 is hereby vacated.  The Clerk is directed to file the amended opinion contemporaneously with this order.  The amendments to the opinion are strictly typographical.  Accordingly, the judgment remains as originally filed and the deadline for any petition for rehearing will be due 14 days from April 26, 2023.


By the Court,

s/Anthony J. Scirica
Circuit Judge

Dated: May 4, 2023